FILED

JAN 1 3 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **WO9CR002** |
| | * | |
| Plaintiff, | * | **INDICTMENT** |
| | * | |
| V. | * | [VIO:    18 U.S.C. 922(g)(1) & 924(a)(2) – |
| | * | Possession of a Firearm by a Convicted Felon] |
| CRYSTAL RENAE BRANNEN , | * | |
| | * | |
| Defendant. | * | |

THE GRAND JURY CHARGES:

On or about March 19, 2007, in the Western District of Texas, Defendant,

**CRYSTAL RENAE BRANNEN,**

being a person who had been convicted of a crime punishable by imprisonment for a term exceeding

one year, to-wit:

On May 7, 2002, was convicted of the offense of Possession of a Controlled
Substance, in the 40th Judicial District Court of Ellis County, Texas in Cause
Number 26079CR;

knowingly and unlawfully did possess the following firearm, to-wit:

A Raven, Model P-25, .25 caliber pistol, bearing Serial Number 501835;

which had moved in commerce and affecting commerce, in violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

JOHNNY SUTTON
United States Attorney

By:    MARY F. KUCERA
       Special Assistant United States Attorney

SEALED _____

UNSEALED X

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

**WO9CR002**

DATE: ___01-13-2009___     MAG CT. #_____     CASE NO. _____

COUNTY: _LIMESTONE_

CHIEF JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____MARY F. KUCERA_____

DEFENDANT: ___CRYSTAL RENAE BRANNEN_____     DOB: ___█████████___

CITIZENSHIP:     United States _X_ Mexican _____     Other _____

INTERPRETER NEEDED:  Yes _____     No __X_____     Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:   In Jail __NO___   WHERE: _____

On Bond _NO__

PROSECUTION BY:     INFORMATION _____     INDICTMENT __X___

OFFENSE: (Code & Description) _18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon_____

OFFENSE IS:     FELONY ___X_____     MISDEMEANOR _____

MAXIMUM SENTENCE: __Not more than 10 years custody; $250,000 fine; $100 special assessment; not more than 3 years TSR_____

PENALTY IS MANDATORY:     YES concerning:
Special Assessment and TSR

REMARKS: ████████████